788 F.2d 1411
 122 L.R.R.M. (BNA) 2561
 FINANCIAL INSTITUTION EMPLOYEES OF AMERICA, LOCAL NO. 1182
CHARTERED BY UNITED FOOD AND COMMERCIAL WORKERS
INTERNATIONAL UNION, AFL-CIO, Petitioner,
v.
NATIONAL LABOR RELATIONS BOARD, Respondent,
and
Seattle-First National Bank, Intervenor.
 No. 82-7736.
 United States Court of Appeals,
Ninth Circuit.
 May 5, 1986.
 
 Laurence Gold, Washington, D.C., for petitioner.
 Allison W. Brown, Jr., N.L.R.B., Washington, D.C., Mark A. Hutchison, Davis, Wright, Todd, Riese & Jones, Seattle, Wash., for respondent.
 Before WRIGHT, PREGERSON, and FERGUSON, Circuit Judges.
 
 ORDER
 
 1
 This matter is remanded for any necessary further proceedings in light of the recent opinion of the Supreme Court of the United States in NLRB v. Financial Institution Employees of America, Local 1182, --- U.S. ---, 106 S.Ct. 1007, 1013, 89 L.Ed.2d 151 (1986).